# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM HENDERSON, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. 1:18-cv-424-TFM-M |
| BOARD OF SCHOOL COMMISSIONERS OF MOBILE COUNTY, | : | |
| Defendant. | : | |

## **ORDER**

This action came for trial by jury selection on March 3 before United States Magistrate Judge Katherine Nelson and for jury trial on March 3, 4 and 5, 2020 before United States District Judge Terry F. Moorer. On March 5, 2020, the jury, having heard the evidence, the arguments of counsel, the charge of the court and having considered the same upon their oaths, returned their verdict (a copy of which is attached hereto) in favor of the Plaintiff. The jury awarded damages in the amount of $28,573.39 (the amount stipulated by the parties for net lost wages and benefits including prejudgment interest calculated through March 30, 2020) and $100,000.00 in compensatory damages for emotional pain and anguish.

Additionally, the Court will award Henderson his reasonable attorneys' fees and court costs upon proof of such amount. *See* 42 U.S.C. § 2000e-5(k) (allowing recovery of attorneys' fees in Title VII cases). Any such request shall be submitted on or before **April 22, 2020**.

By separate document, the court will enter judgment pursuant to Fed. R. Civ. 58.

**DONE** and **ORDERED** this the 23rd day of March 2020.

        s/Terry F. Moorer
        TERRY F. MOORER
        UNITED STATES DISTRICT JUDGE