# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM HENDERSON, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. 1:18-cv-424-TFM-M |
| BOARD OF SCHOOL COMMISSIONERS OF MOBILE COUNTY, | : | |
| Defendant. | : | |

## **FINAL JUDGMENT**

In accordance with the verdict of the jury entered herein, it is **ORDERED** and **ADJUDGED** that **JUDGEMENT** is hereby entered in favor of the Plaintiff, William Henderson, and against Defendant, Board of School Commissioners of Mobile County. Damages in the form of net lost wages and benefits are awarded in the amount of $28,573.39, including prejudgment interest calculated through March 30, 2020. Additionally, the plaintiff is awarded damages to compensate for emotional pain and mental anguish in the amount of $100,000.00. Therefore, the total award amounts to $128,573.39. Reasonable attorney's fees and costs will be taxed against the Defendant by a separate order after briefing.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this the 23rd day of March 2020.

                                               s/Terry F. Moorer
                                               TERRY F. MOORER
                                               UNITED STATES DISTRICT JUDGE