# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM HENDERSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 1:18-cv-424-TFM-M |
| | : | |
| BOARD OF SCHOOL COMMISSIONERS | : | |
| OF MOBILE COUNTY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

On June 1, 2020, the parties filed their Notice of Satisfaction of Judgment in which they state the Court's Judgment has been satisfied pursuant to the parties' agreement, all matters that are pending before the Court have been resolved, and this matter may be administratively closed. Doc. 55.

Accordingly, the pending motions that are before the Court, Defendant Board of School Commissioners of Mobile's Motion for New Trial (Doc. 47), and Plaintiff William Henderson's Motion for Injunctive Relief (Doc. 48) and Motion for Attorney's Fees and Expenses (Doc. 49) are hereby **DENIED as moot**.

**DONE** and **ORDERED** this the 1st day of June 2020.

                                               s/Terry F. Moorer
                                               TERRY F. MOORER
                                               UNITED STATES DISTRICT JUDGE